UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWENDOLYN RENEE REDDIC,<br>　　　　　　　　Plaintiff,<br>　v.<br>WELLS FARGO BANK,<br>　　　　　　　　Defendant. | Case No. 2:23-cv-01180-ART-EJY<br><br>ORDER |

　　　　On July 2, 2024, the court filed a Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (ECF No. 3) explaining to plaintiff Gwendolyn Renne Reddic, that if service is not properly accomplished as to named defendant Wells Fargo Bank, by August 1, 2024, the Court would enter an Order of Dismissal under Federal Rule of Civil Procedure 4(m).  The deadline to do so has now passed and no proper proof of service as to the above stated Defendant has been filed.

　　　　Accordingly, it is hereby ordered that this action is dismissed without prejudice. The Clerk of Court may close this case accordingly.

　　　　DATED this November 20, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　　United States District Court Judge